IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD DALTON GANOE,

    Defendant.
_____

CR 97-76-RE
CV 05-982-RE

OPINION AND ORDER

Karin J. Immergut
United States Attorney
Fredric N. Weinhouse
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204

    Attorney for Plaintiff

Michael Levine
400 S.W. Sixth Avenue, Suite 600
Portland, Oregon 97204

    Attorney for Defendant

REDDEN, Judge:

    The matter before the court is defendant Richard Dalton Ganoe's motion under 28 U.S.C. § 2255 (§ 2255 motion) to vacate and set aside his conviction and sentence.

1 -    OPINION AND ORDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RICHARD DALTON GANOE,

        Defendant.
_____

CR 97-76-RE
CV 05-982-RE

OPINION AND ORDER

Karin J. Immergut
United States Attorney
Fredric N. Weinhouse
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204

    Attorney for Plaintiff

Michael Levine
400 S.W. Sixth Avenue, Suite 600
Portland, Oregon 97204

    Attorney for Defendant

REDDEN, Judge:

    The matter before the court is defendant Richard Dalton Ganoe's motion under 28 U.S.C. § 2255 (§ 2255 motion) to vacate and set aside his conviction and sentence.

1 -    OPINION AND ORDER